THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Sterling
 Harley, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Dillon County
John M. Milling, Trial Judge
Alexander S. Macaulay, Post-Conviction
 Relief Judge 
Memorandum Opinion No. 2010-MO-032
Submitted November 16, 2010  Filed
 November 22, 2010   
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Karen Ratigan, all of the Office of the Attorney
 General, of Columbia, for Respondent. 
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
Because
 there is sufficient evidence to support the PCR judge's finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari, dispense with further briefing, and proceed with a review of
 the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342
 S.E.2d 60 (1986).
Petitioners
 conviction and sentence are affirmed pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: State v. Fennel, 34 S.C. 266, 531 S.E.2d 512
 (2000); State v. Atkins, 293 S.C. 294, 360 S.E.2d 302 (1987), overruled
 on other grounds, State v. Torrence, 305 S.C. 45, 406 S.E.2d 315
 (1991).  
AFFIRMED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.